DANIEL L. HARRALSON, ESQ.
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: 559.486.4560
Facsimile: 559.486.4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: **JAMES MELO**

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>JAMES MELO,<br><br>                              Defendant. | Case No.  1:24-CR-00055-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

**TO THE CLERK OF THE UNITED STATES MAGISTRATE COURTS, HONORABLE SHEILA K. OBERTO, AND FOR THE EASTERN DISTRICT OF CALIFORNIA, ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY;**

**COMES NOW**, Defendant, **JAMES MELO**, by and through his counsel of record, Daniel L. Harralson, and with the concurrence of Pretrial Services, hereby moves the Court to modify **JAMES MELO'S** Pretrial Service's supervision.  Defendant, **JAMES MELO,** is currently subject to wearing an ankle monitor as a condition of release.

\\\

\\\

Defendant, **JAMES MELO**, has been compliant while under supervision, and responsive to Pretrial Services. He is proactive with his supervision, has been drug testing and submitting all negative tests, and has shown he is determined to remain complaint with his conditions of release.   Pre-Trial Services Officer, Frank Guerrero agrees to the within modification of Conditions of Release.

Assistant United States Attorney, Antonio Pataca, has stated that the Government has no objection to Modifying the Pretrial Release Order to allow **JAMES MELO** to have his ankle monitor removed for the sole purpose of, and during the time which, he is undergoing necessary medical procedures, including, but not limited to, MRI scans, CT scans, etc….  Accordingly, the Parties request that the Court Amend the Conditions of Release as follows:

-Defendant is allowed to have his ankle monitor removed for the sole purpose of, and during the time which he is undergoing necessary medical procedures including, but not limited to MRI scans, CT scans, etc….

-All prior orders remain in effect.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

**LAW OFFICE OF DANIEL L. HARRALSON**

Dated August 12, 2024              /s/ Daniel L. Harralson
                                    DANIEL L. HARRALSON, ESQ.
                                    Attorney for Defendant James Melo


**PHILLIP A. TALBERT**
**United States Attorney**

Dated August 12, 2024              /s/ Antonio J. Pataca
                                    AUSA Antonio J. Pataca
                                    Assistant United States Attorney

# ORDER

-----

     ***IT IS HEREBY ORDERED***.  That Defendant **JAMES MELO** Pretrial Services Supervision be modified. Mr. Melo must abide by all terms and conditions of the current Order Setting Conditions of Release except that he may have his ankle monitor *removed* for the sole purpose of and during the time which he is undergoing an MRI.

     -All prior orders remain in full force and effect.

DATED:  8/13/2024

                                                                *Sheila K. Oberto*
                                        **UNITED STATES MAGISTRATE JUDGE**