DANIEL L. HARRALSON, ESQ.
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: 559.486.4560
Facsimile: 559.486.4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: **JAMES MELO**

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES MELO,<br><br>　　　　　　　　　Defendant. | Case No.  1:24-CR-00055-JLT-SKO<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

**TO THE CLERK OF THE UNITED STATES MAGISTRATE COURTS, HONORABLE SHEILA K. OBERTO, AND FOR THE EASTERN DISTRICT OF CALIFORNIA, ANTONIO PATACA, ASSISTANT UNITED STATES ATTORNEY;**

　　**COMES NOW**, Defendant, **JAMES MELO**, by and through his counsel of record, Daniel L. Harralson, and with the concurrence of Pretrial Services, hereby moves the Court to modify **JAMES MELO'S** Pretrial Service's supervision.  Defendant, **JAMES MELO,** is currently subject to wearing an ankle monitor as a condition of release.

\\\

\\\

US v. James Melo – Stipulation and Order to Modify Conditions of
Pretrial Release [Proposed Order]

1

1   Defendant, **JAMES MELO**, has been compliant while under supervision, and responsive to
2 Pretrial Services. He is proactive with his supervision, has been drug testing and submitting all negative
3 tests, and has shown he is determined to remain complaint with his conditions of release.   Pre-Trial
4 Services Officer, Frank Guerrero agrees to the within modification of Conditions of Release to allow
5 Defendant to be released without the ankle monitor condition.
6    Assistant United States Attorney, Antonio Pataca, has stated that the Government has no
7 objection to the removal of the location monitoring unit and amend Condition 7(m) as follows:
8   Defendant is relieved of the requirement of Home Detention and the requirement to wear an
9 ankle monitor.
10    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy
11 Trial Act dictate additional time periods are excludable from the period within which a trial must
12 commence.

**IT IS SO STIPULATED.**

                              **LAW OFFICE OF DANIEL L. HARRALSON**

Dated August 27, 2024   /s/ Daniel L. Harralson
   DANIEL L. HARRALSON, ESQ.
   Attorney for Defendant James Melo


**PHILLIP A. TALBERT**
**United States Attorney**

Dated August 27, 2024    /s/ Antonio J. Pataca
   AUSA Antonio J. Pataca
   Assistant United States Attorney

US v. James Melo – Stipulation and Order to Modify Conditions of
Pretrial Release [Proposed Order]

2

# ORDER
-----

Defendant, JAMES MELO'S Pretrial Services Release Conditions are hereby modified as follows:

Mr. Melo must abide by all terms and conditions of the current Order Setting Conditions of Release except condition 7(m) which is modified by removing the Home Detention requirement and the requirement to wear an ankle monitor.

All prior orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 27, 2024**                             /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

US v. James Melo – Stipulation and Order to Modify Conditions of Pretrial Release [Proposed Order]

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

US v. James Melo – Stipulation and Order to Modify Conditions of Pretrial Release [Proposed Order]

5