ERIC GRANT
United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JAMES EARL MELO, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for trial on February 3, 2026.

2. By this stipulation, defendant now moves to vacate the trial date as to him only and set a change of plea hearing on February 9, 2026. The parties further agree and stipulate to exclude time between February 3, 2026, and February 9, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case is voluminous and includes tens of thousands of pages, including investigative reports, photographs and videos, as well as hundreds of hours of recorded telephone conversations pursuant to wiretap orders, cellular phone extractions, and large amounts of cellular telephone precise location data and vehicle tracker data. All this discovery has been either produced directly to counsel, and/or made available for

inspection and copying.

        b)      Counsel for defendant desires additional time to consult to prepare for the change of plea hearing and conduct investigation in support of mitigation for sentencing.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2026, to February 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 2, 2025                        ERIC GRANT
                                                        United States Attorney

                                                        /s/ ANTONIO J. PATACA
                                                       ANTONIO J. PATACA
                                                       Assistant United States Attorney

Dated: December 2, 2025

/s/ DANIEL L. HARRALSON
DANIEL L. HARRALSON
Counsel for Defendant
JAMES EARL MELO

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **December 2, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE

3