ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| MANUEL DIAZ, and JAMES EARL MELO, | |
| Defendants. | |

Based upon the plea agreements entered into between the United States of America and defendants Manuel Diaz and James Earl Melo, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.    Pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a), defendants Manuel Diaz's and James Earl Melo's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a.    Approximately $111,443.00 in U.S. Currency, plus all accrued interest, and
b.    Approximately $18,092.00 in U.S. Currency, plus all accrued interest.

2.    The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 846 and 841(a)(1), and is property involved in a violation of 18 U.S.C. § 1956(h), or is traceable to such property.

1

Preliminary Order of Forfeiture

3.      Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.      a.      Pursuant to 18 U.S.C. § 982(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and 21 U.S.C. § 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2

Preliminary Order of Forfeiture