DANIEL L. HARRALSON, ESQ.
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: 559.486.4560
Facsimile: 559.486.4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: **JAMES EARL MELO**

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES EARL MELO,<br><br>Defendant. | Case No. 1:24-CR-00055-JLT-SKO<br><br>**STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER** |

**STIPULATION**

1. By previous order, this matter was set for sentencing on September 14, 2026.

2. By this stipulation, the parties now move to continue the Sentencing Hearing to and until **March 29, 2027, at 9:00 a.m. in Courtroom 4 before District Judge Jennifer L. Thurston**. No exclusion of time is necessary. Defendant is and has been in a clinical treatment program that appears to have positive effects on his cancer diagnosis and, if successful, will save him from a death from cancer. The clinical program will continue through the end of 2027. Also, Defendant if involved in mitigation efforts that will impact sentencing.

**IT IS SO STIPULATED.**

**LAW OFFICE OF DANIEL L. HARRALSON**

Dated August 17, 2026

/s/ Daniel L. Harralson
**DANIEL L. HARRALSON**
Attorney for Defendant James Earl Melo

**ERIC GRANT**
**United States Attorney**

Dated August 17, 2026

/s/ Antonio J. Pataca
**ANTONIO J. PATACA**
Assistant United States Attorney

# ORDER

IT IS SO ORDERED.

Dated: August 17, 2026

UNITED STATES DISTRICT JUDGE